IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>RONALD A. COLLINS, PLANTATION SWEETS, INC. and VIDALIA PLANTATION, INC.,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>_____ |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Wells Fargo Bank, National Association ("Wells Fargo") hereby moves for a preliminary injunction against Defendants Ronald A. Collins, Plantation Sweets, Inc. and Vidalia Plantation, Inc. ("Defendants") restraining Defendants from unlawfully converting Wells Fargo's collateral and ordering Defendants to comply with the express terms of the April 22, 2015 Security Agreement granted by Plantation Sweets and Vidalia Plantation.

In support of this motion, Wells Fargo respectfully invites this Court's attention to Wells Fargo's Verified Complaint and Wells Fargo's Memorandum of

Law in Support of Its Motion for Preliminary Injunction, both of which are filed simultaneously herewith.

A proposed Preliminary Injunction is attached hereto behind Tab 1 for the Court's consideration.

This 6th day of July, 2016.

        SMITH, GAMBRELL & RUSSELL, LLP

        /s/ *Brian P. Hall*
        Brian P. Hall
        Georgia Bar No. 318171

1230 Peachtree Street, NE
Suite 3100 – Promenade        *Attorney for Plaintiff*
Atlanta, Georgia 30309-3592
Telephone:  (404) 815-3500
Facsimile:  (404) 685-6837
Email:  bhall@sgrlaw.com