```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF GEORGIA
                  STATESBORO DIVISION
```

WELLS FARGO, NATIONAL  \*
ASSOCIATION,           \*
                       \*
    Plaintiff,         \*
                       \*
v.                     \*
                       \*       CV 616-093
RONALD A. COLLINS, et al., \*
                       \*
    Defendants.        \*
                       \*
                       \*

**O R D E R**

Plaintiff initiated this action on July 6, 2016 and moved for a preliminary injunction the following day. (Docs. 1, 7.) Although styled as a preliminary-injunction motion, Plaintiff also requests a temporary restraining order ("TRO"). (Doc. 7 at 5.) Because Plaintiff has not satisfied the requirements of Federal Rule of Civil Procedure 65(b), the Court **DENIES** its request for an *ex parte* TRO.

Under Rule 65(b), a court is permitted to issue a TRO without notice to the adverse party only if:

> **(A)** specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and

**(B)** the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b). "'The specific requirements of Rule 65(b) are not mere technical niceties.'" Goodall v. Comprehensive Women's Health Ctr., No. 2:14-cv-399, 2014 WL 3587290, at *3 (M.D. Fla. July 18, 2014) (quoting Am. Can Co. v. Mansukhani, 742 F.2d 314, 324 (7th Cir. 1984)). Here, Plaintiff's attorney has not certified in writing any efforts he made to notify Defendants or explained why notice should not be required. Accordingly, to the extent Plaintiff requests an *ex parte* TRO, Plaintiff's motion is **DENIED**.

As for Plaintiff's request for a preliminary injunction, a hearing is hereby scheduled for **Wednesday, July 13, 2016 at 10:00 a.m.** at the United States Courthouse located at 52 Main Street, Statesboro, Georgia, 30458. Plaintiff is **ORDERED** to promptly serve Defendants with this Order.

**ORDER ENTERED** at Augusta, Georgia this ___8th___ day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2