# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO   DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.   CV616-093 |
| | ) | |
| RONALD A. COLLINS et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The Court having reviewed and considered the petition of Andrew M. Thompson of the law firm of Smith, Gambrell & Russell, LLP, 1230 Peachtree Street, N.E., Suite 3100, Promenade, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of plaintiff Wells Fargo Bank, National Association, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Andrew M. Thompson as counsel of record for plaintiff Wells Fargo Bank, National Association, in this case.

**SO ORDERED** this ___11th___ day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA