IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 616-093 |
| RONALD A. COLLINS; PLANTATION SWEETS, INC.; and VIDALIA PLANTATION, INC., | * * * * | |
| Defendants. | * | |

**O R D E R**

On August 1, 2016, pursuant to 11 U.S.C. § 362(a), the Court stayed this case while each Defendant's bankruptcy case was proceeding. Defendant Collins' bankruptcy case, 16-60301-EJC, was closed on April 24, 2017. Defendant Vidalia Plantation, Inc.'s bankruptcy case, 16-60299-EJC, was closed on March 29, 2017. Defendant Plantation Sweets, Inc.'s bankruptcy case, 16-60300-EJC, was closed on March 29, 2017. Subsequently, there have been no filings in this case. The Court now **ORDERS** the parties to file a joint status report updating the Court on the state of this case within **twenty-one days** from the date of this Order.

**ORDER ENTERED** at Augusta, Georgia this 26th day of October, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA