**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 616-093 |
| RONALD A. COLLINS; PLANTATION SWEETS, INC.; and VIDALIA PLANTATION, INC., | * * * * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is Plaintiff's Dismissal Without Prejudice. (Doc. 21.) Plaintiff's notice of dismissal was filed prior to the Defendants serving an answer or a motion for summary judgment. Accordingly, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that Plaintiff's Dismissal Without Prejudice (doc. 21) is **GRANTED** and its claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of November, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA